UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DONNA R. BERNARD, | ) Case No. CV 13-1266 (SH) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: October 31, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE